IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Case No. 08-cv-00710-LTB

MICHAEL H. OHLFS,

    Plaintiff,

v.

CHARLES SCHWAB & CO., INC.,

    Defendant.

_____

ORDER
_____

As further set forth on the record at the hearing held on November 12, 2009, IT IS HEREBY ORDERED as follows:

1. Plaintiff's Motion to Reopen Case Administratively Closed under D.C. Colo. L. Civ. R. 41.2 [Doc # 13] is GRANTED for good cause shown;

2. Plaintiff shall pay the initial arbitration fees to FINRA, without prejudice pending a ruling by the Court as to the parties' responsibility for the payment of the arbitration fees, on or before November 19, 2009;

3. Plaintiff shall file a status report regarding the payment of the initial arbitration fees to FINRA on or before November 20, 2009;

4. Plaintiff's brief regarding the parties' responsibility for the payment of the arbitration fees is due on or before December 11, 2009; Defendant's response is due on or before January 8, 2010; and Plaintiff's reply is due on or before January 15, 2010; and

     5.  Oral argument shall be scheduled, if necessary, after the briefing is completed.

Dated: November  12th , 2009 in Denver, Colorado.

                                  BY THE COURT:

                                    s/Lewis T. Babcock
                                  LEWIS T. BABCOCK, JUDGE