# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No.  08-cv-00710-LTB-MEH

MICHAEL H. OHLFS,

    Plaintiff,

v.

CHARLES SCHWAB & CO., INC.,

    Defendant.

___

## MINUTE ORDER
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Defendant's Motion For Leave to File Surreply in Support of Charles Schwab & Co., Inc.'s Opposition to Plaintiff's Motion to Vacate [Doc No. 60] filed December 15, 2011 is DENIED.

Dated:  December 16, 2011
___